Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 19−19730−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Thompson
   2815 Berkley St
   Camden, NJ 08105−2827

Social Security No.:
   xxx−xx−3165

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: July 29, 2019
JAN: admi

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Josephine Thompson  
    Debtor

Case No. 19-19730-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jul 29, 2019  
　　　　　　　　　　　Form ID: finmgtc　　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.  
db　　　Josephine Thompson,　　2815 Berkley St,　　Camden, NJ　08105-2827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 00:11:36　　U.S. Attorney,　　970 Broad St.,　　Room 502,　　Rodino Federal Bldg.,　　Newark, NJ　07102-2534  
smg　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 00:11:34　　United States Trustee,　　Office of the United States Trustee,　　1085 Raymond Blvd.,　　One Newark Center,　　Suite 2100,　　Newark, NJ　07102-5235  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:  
　　　Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
　　　Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
　　　R. A. Lebron　　on behalf of Creditor　PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
　　　Rebecca Ann Solarz　　on behalf of Creditor　PNC Bank, National Association., rsolarz@kmllawgroup.com  
　　　Tamika Nicole Wyche　　on behalf of Debtor Josephine　Thompson daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6