Case 19-19730-ABA Doc 21-5 Filed 10/29/19 Entered 10/29/19 15:48:10 Desc Main
Proposed Order Page 1 of 2
Order Filed on October 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

Mester & Schwartz, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107
Tel: (267) 909-9036
Fax: (215) 665-1393
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

**In Re:**

**JOSEPHINE THOMPSON, Debtor and
PRISCILLA DANIELLE THOMPSON,
Codebtor**

Case No.: 19-19730-ABA

Judge: Andrew B. Altenburg Jr.

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: October 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-19730-ABA    Doc 21-5   Filed 09/23/19   Entered 09/23/19 14:50:43   Desc
Proposed Order    Page 2 of 2

2

| | |
|---|---|
| Debtor: | Josephine Thompson |
| Codebtor: | Priscilla Danielle Thompson |
| Case No.: | 19-19730-ABA |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Exeter Finance, LLC's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that the Codebtor stay Section 1301(a) is vacated to permit movant to pursue its rights as to Priscilla Danielle Thompson to the extent in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:

**2014 NISSAN Pathfinder Utility 4D SV 4WD V6**
**V.I.N. 5N1AR2MM1EC681208**