UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

Mester & Schwartz, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107
Tel: (267) 909-9036
Fax: (215) 665-1393
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

**Order Filed on October 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**JOSEPHINE THOMPSON, Debtor and PRISCILLA DANIELLE THOMPSON, Codebtor**

Case No.: 19-19730-ABA

Judge: Andrew B. Altenburg Jr.

## ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED.**

**DATED: October 22, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Josephine Thompson |
| Codebtor: | Priscilla Danielle Thompson |
| Case No.: | 19-19730-ABA |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Exeter Finance, LLC's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that the Codebtor stay Section 1301(a) is vacated to permit movant to pursue its rights as to Priscilla Danielle Thompson to the extent in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

☒ Personal property more fully described as:

**2014 NISSAN Pathfinder Utility 4D SV 4WD V6**
**V.I.N. 5N1AR2MM1EC681208**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-19730-ABA
Josephine Thompson                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Oct 22, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db              Josephine Thompson,    2815 Berkley St,   Camden, NJ  08105-2827

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jason Brett Schwartz    on behalf of Creditor    Exeter Finance, LLC jschwartz@mesterschwartz.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden Department of Revenue &
               Collections MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association.,
               rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Josephine   Thompson daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8