## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

Josephine Thompson

| | |
|---|---|
| Case No.: | 19-19730 |
| Chapter: | 7 |
| Judge: | ABA |

## NOTICE OF PROPOSED ABANDONMENT

_____ Brian S. Thomas _____, ___ Chapter 7 Trustee ___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable _____ Andrew B. Altenburg, Jr. _____ on _____ 04/20/20 _____ at ___ 10 ___ a.m. at the United States Bankruptcy Court, Courtroom no. ___ 4B ___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    2815 Berkley Street
Camden, NJ
Value $99,477.00

Liens on property:    City of Camden - $57,495.00
City of Camden (American Water) - $1,380.00
PNC Bank - $33,201.00
PNC Bank - $29,154.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:    Brian S. Thomas, Chapter 7 Trustee

Address:    327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.:    609-601-6066

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-19730-ABA
Josephine Thompson                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Mar 17, 2020
                                 Form ID: pdf905          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db              Josephine Thompson,    2815 Berkley St,    Camden, NJ  08105-2827
cr              City of Camden Department of Revenue & Collections,    c/o Office of the City Attorney,
                City Hall, 4th Floor, Suite 419,    Camden, NJ  08101-5120
518242444      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
518242445      +CCMUA,   1645 Perry Ave,    Camden, NJ 08104-1360
518419820      +City of Camden,    Dept. of Revenue of Collections,    c/o Office of the City Attorney,
                520 Market Street, Suite 419,    Camden, NJ 08102-1300
518242446       City of Camden,    City Hall, Room 117,    PO Box 95120,    Camden, NJ 08101-5120
518242447       City of Camden (American Water),    PO Box 52747,    Phoenix, AZ  85072-2747
518242451       Mattleman, Weinroth & Miller, PC,    401 Marlton Pike E Ste 100,    Cherry Hill, NJ  08034-2410
518364083      +PNC BANK, NATIONAL ASSOCIATION,    P.O. XOX 94982,    CLEVELAND, OH 44101-4982
518352235      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518242452       PNC Bank, N.A.,    PO Box 1820,    Dayton, OH  45401-1820
518263216      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518262523      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518242453       Santander Consumer USA,    PO Box 961245,    Fort Worth, TX  76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:34     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 18 2020 01:01:11     Exeter Finance, LLC,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518334259      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2020 01:16:45
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518242448       E-mail/Text: bankruptcynotices@dcicollect.com Mar 18 2020 01:06:13     Diversified Consultnts,
                PO Box 551268,    Jacksonville, FL  32255-1268
518242449       E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 18 2020 00:59:25     Exeter Finance Corp.,
                PO Box 166008,    Irving, TX  75016-6008
518266860      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 18 2020 00:59:25     Exeter Finance LLC,
                P.O. Box 167399,    Irving, TX 75016-7399
518249073      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 18 2020 00:59:22     Exeter Finance LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518242450       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 18 2020 01:05:49     Jefferson Capital System,
                16 McLeland Rd,    Saint Cloud, MN  56303-2198
518330224       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 18 2020 01:05:49     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
518363127       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 01:01:13
                Portfolio Recovery Associates, LLC,    c/o Amazon,    POB 41067,    Norfolk VA 23541
518243920      +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 00:58:52     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518242454       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 18 2020 01:03:18
                Verizon,    PO Box 5029,    Wallingford, CT  06492-7529
518350406      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2020 01:16:45     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518363784*     +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:   /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Mar 17, 2020
                             Form ID: pdf905           Total Noticed: 28

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
      Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
      bthomas@ecf.axosfs.com
      Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
      Jason Brett Schwartz    on behalf of Creditor   Exeter Finance, LLC jschwartz@mesterschwartz.com
      Michelle  Banks-Spearman    on behalf of Creditor   City of Camden Department of Revenue &
      Collections MiSpearm@ci.camden.nj.us,
      NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
      R. A. Lebron    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
      Rebecca Ann Solarz    on behalf of Creditor   PNC Bank, National Association.,
      rsolarz@kmllawgroup.com
      Tamika Nicole Wyche    on behalf of Debtor Josephine  Thompson daviddanielslaw@gmail.com,
      G30609@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                             TOTAL: 9